Lawrence **BROADNAX**, Plaintiff—
Appellant,

v.

**SUPERIOR COURT; et al.,**
Defendants—Appellees.

No. 00–56030.

D.C. No. CV–00–02873–DDP.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 14, 2001.*

Decided Aug. 29, 2001.

Before HAWKINS, TASHIMA, and
GOULD, Circuit Judges.

MEMORANDUM **

Lawrence Broadnax appeals pro se the
district court's dismissal without prejudice
of his § 1983 challenge to California Penal
Code § 667. Broadnax had sought class
certification and a declaratory judgment
that section 667 is unconstitutional.

A dismissal without prejudice is not a
final order from which a party may appeal.
*WMX Techs., Inc. v. Miller,* 104 F.3d 1133,
1136 (9th Cir.1997). There was no final
judgment entered in the district court.
We lack jurisdiction to hear this appeal.

**DISMISSED.**

---

1. Roman's motion for leave to file a supple-
mental brief is denied as moot.

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.